IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HELENA CHEMICAL COMPANY**                                             **PLAINTIFF**

VS.                         CASE NO. 5:10CV00121 JMM

**EARL D. COX, ET AL.**                                                 **DEFENDANTS**

**PHI FINANCIAL SERVICES, INC.**                         **COUNTERCLAIM/CROSSCLAIM PLAINTIFF**

VS.

**EARL D. COX, ET AL.**                                                 **CROSSCLAIM DEFENDANTS**

**HELENA CHEMICAL COMPANY**                                    **COUNTERCLAIM DEFENDANT**

## ORDER OF DISMISSAL

The Joint Motion to Dismiss is granted (#15). The complaint and all counterclaims in this action are hereby dismissed with prejudice.

Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED this    12    day of   July  , 2010.

_____
James M. Moody
United States District Judge